IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) | Case No. 00-60019-01-HO |
|---|---|---|
| Plaintiff | ) | ORDER |
| v. | ) | |
| JOLENE HAYLETT, | ) | |
| Defendant | ) | |

This matter comes before the court on the unopposed motion of the defendant, Jolene Haylett, requesting that interest be waived on her restitution debt.

This court determines Jolene Haylett is unable to afford or pay the interest on that debt and, therefore, under 18 USC § 3612(f)(3),

IT IS HEREBY ORDERED the interest on defendant's restitution debt is waived.

Dated this 2nd day of August, 2006.

_____
Michael R. Hogan, United States District Judge